DANIEL J. BRODERICK, #89424
Acting Federal Defender
JEFFREY L. STANIELS, Bar #91413
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
CHARLES MURPHY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 2:04-cr-167 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER CONTINUING |
| ) | SENTENCING, SETTING STATUS DATE, |
| v. ) | AND IMPOSING REQUIREMENT OF |
| ) | PRETRIAL SUPERVISION |
| CHARLES EDWARD MURPHY, ) | |
| ) | Date: April 4, 2006 |
| Defendant. ) | Time: 9:30 a.m. |
| ) | Judge: Hon. Lawrence K. Karlton |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between Assistant United States Attorney Michelle Rodriguez, Counsel for Plaintiff, and Assistant Federal Defender Jeffrey L. Staniels, Counsel for Defendant that the sentencing date of April 4, 2006 be vacated, and the matter continued until April 18 for status conference and setting of anew sentencing date.

**IT IS FURTHER STIPULATED** that the motion for continuance, CR 16, filed earlier this date, be withdrawn as moot, and that the conditions of Mr. Murphy's release be modified from Own Recognizance to impose a

1 requirement of supervision by the Pretrial Services Office.

2 **IT IS FURTHER STIPULATED** that the Defendant may file a Waiver of
3 Presence and need not appear for status conference prior to the time of
4 sentencing.

5 **IT IS SO STIPULATED.**

7 Dated: March 31, 2006          /S/ Michelle Rodriguez
                                 Assistant U.S. Attorney
8                                Counsel for Plaintiff

9 
10 Dated: March 31, 2006          /S/ Jeffrey L. Staniels
                                 JEFFREY L. STANIELS
                                 Assistant Federal Defender
11                               Attorney for Defendant
                                 CHARLES MURPHY

### O R D E R

The stipulation of the parties is accepted.  This matter is referred to the Office of Pretrial Services in this district for a report and recommendation regarding conditions of supervised release pending sentencing.  Further proceedings regarding such supervision are referred to the duty magistrate.

**IT IS SO ORDERED.**

By the Court,

Dated:  March 31, 2006          /s/ Lawrence K. Karlton
                                Hon. Lawrence K. Karlton
                                Senior United States District Judge

Stipulation & Order                 -2-